UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EnTech, Ltd., | ) | CASE NO.: 5:16CV1541 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| Marcia Speece, | ) | **MEMORANDUM OF OPINION AND ORDER** |
| | ) | |
| Defendant. | ) | |

The Report and Recommendation ("R&R") issued in this matter recommends the denial of Defendant's motion for sanctions. Doc. 91. Neither party has filed any objections to the R&R. Accordingly, the Court ADOPTS the R&R in whole. Defendant's motion for sanctions (Doc. 84) is hereby DENIED.

IT IS SO ORDERED.

Date: 3/2/2022    /s/ *John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE